**HAINES & KREIGER, LLC**
David H. Krieger (SBN: 9086)
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
*LEO C. NINAL*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
Kurt Bonds (SBN: 6228)
Trevor Waite (SBN: 13779)
6605 Grand Montecito Parkway, Ste 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email:efile@alversontaylor.com
twaite@alversontaylor.com

Attorneys for Defendant,
*ALLIED COLLECTION SERVICES, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEO C. NINAL, <br><br>  Plaintiff, <br><br> v. <br><br> ALLIED COLLECTION SERVICES, INC., <br><br> Defendant. | Case No.: 2:17-cv-02989 <br><br> **STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff LEO C. NINAL and Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") through their respective attorneys of record, that Defendant be granted an extension of time to respond to Plaintiff's Complaint, until and including April 13, 2018. This request is made on the grounds that Defendant recently retained counsel and additional time is needed to

investigate the claims asserted in the Complaint and prepare an answer thereto. There are no other existing Court-imposed deadlines in this case. There is currently no trial date set and no pretrial conference scheduled.

A proposed order regarding this request is filed concurrently herewith.

DATED: March 26, 2018  **HAINES & KREIGER, LLC**

By: //S// David H. Kreiger
David H. Kreiger
Attorney for Plaintiff,
LEO C. NINAL

DATED: March 26, 2018  **ALVERSON, TAYLOR, MORTENSEN & SANDERS**

By: //S// Trevor R. Waite
Kurt Bonds
Trevor Waite
Attorney for Defendant,
ALLIED COLLECTION SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEO C. NINAL, | ) Case No.: 2:17-cv-02989 |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER RE:** |
| v. | ) **STIPULATION AND REQUEST FOR** |
| | ) **AN EXTENSION OF TIME TO** |
| | ) **RESPOND TO PLAINTIFF'S** |
| ALLIED COLLECTION SERVICES, INC., | ) **COMPLAINT** |
| | ) New Response Deadline: April 13, 2018 |
| Defendant. | ) |

Pursuant to the Stipulation dated March 26, 2018, and for good cause, it is hereby ordered that Defendant ALLIED COLLECTION SERVICES, INC., has an extension of time, up to and including April 13, 2018, within which to answer Plaintiff's Complaint.

DATED: March 27, 2018                 _____
                                      Cam Ferenbach
                                      United States Magistrate Judge